Larry M. Kazanjian, SBN: 071441
Eric W. Witt, SBN: 266289
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:    (916) 442-3552
Facsimile:    (916) 442-3606
Email:        ewitt@palmerkazanjian.com

Attorneys for Defendants
VINH HAI CHAU; HAI CHAU and WEN L. YANG

Raymond G. Ballister, Jr., SBN 111282
Mark Potter, SBN: 166317
Phyl Grace, SBN: 171771
CENTER FOR DISABILITY ACCESS
<u>Mail</u>:         P.O. Box 262490
              San Diego, CA 92196-2490
<u>Delivery</u>:     9845 Erma Road, Suite 300
              San Diego, CA 92131
Telephone:    (858) 375-7385
Facsimile:    (888) 422-5191
Email:        phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>VINH HAI CHAU, in his individual and representative capacity as Trustee—Chau Family Revocable Trust; HAI CHAU, in her individual and representative capacity as Trustee—Chau Family Revocable Trust; WEN L. YANG; and DOES 1-10,<br><br>    Defendants. | Case No. 2:15-cv-00144-MCE-EFB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

    Pursuant to U.S.D.C. Eastern District of California Local Rule 144(a), Plaintiff SCOTT JOHNSON, by and through his undersigned counsel, and Defendants VINH HAI CHAU; HAI

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA  95814
916.442.3552

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE
RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

CHAU and WEN L. YANG ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree, for the reasons that Defendants have not received a prior extension of time and because providing an extension of time to file a responsive pleading is appropriate and promotes resolving this case on the merits, to extend the deadline for Defendants to file a responsive pleading to Plaintiff's Complaint from February 23, 2015 to March 20, 2015.

Dated: March 10, 2015                    PALMER KAZANJIAN WOHL HODSON LLP


By: /s/ Eric W. Witt
    Larry M. Kazanjian
    Eric W. Witt

Attorneys for Defendants
VINH HAI CHAU; HAI CHAU and WEN L. YANG

Dated: March 10, 2015                    CENTER FOR DISABILITY ACCESS


By: /s/ Phyl Grace [as authorized on 3/06/2015]
    Raymond G. Ballister, Jr.
    Mark Potter
    Phyl Grace

Attorneys for Plaintiff
SCOTT JOHNSON

**ORDER**

Upon the agreement of the parties hereto, and Good Cause appearing;

IT IS SO ORDERED BASED ON GOOD CAUSE that Defendants shall file on or before March 20, 2015 a responsive pleading to Plaintiff's Complaint.

Dated: March 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE
RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

2.