1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No.:  2:15-CV-00144-MCE-EFB ) |
| Plaintiff, | ) ) **ORDER** |
| v. | ) |
| VINH HAI CHAU, in his individual and representative capacity as Trustee--Chau Family Revocable Trust; HAI CHAU, in her individual and representative capacity as Trustee--Chau Family Revocable Trust; WEN L YANG; and Does 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

///
///
///
///
///
///
///
///
///

1      Pursuant to Plaintiff's Notice of Settlement (ECF No. 16), all currently set dates
2 in this action are VACATED, with the expectation that the parties will file a motion for
3 determination of attorney fees/costs, and file a dismissal thereafter.
4      In accordance with Local Rule 160, dispositional documents are to be filed not
5 later than twenty-one (21) days following the date this Order is electronically filed.
6 Failure to comply with this Order may be grounds for the imposition of sanctions on
7 any and all counsel as well as any party or parties who cause non-compliance with this
8 Order.
9      IT IS SO ORDERED.

Dated: September 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT