UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

VINH HAI CHAU, in his individual and representative capacity as Trustee--Chau Family Revocable Trust;
HAI CHAU, in her individual and representative capacity as Trustee--Chau Family Revocable Trust;
WEN L YANG; and Does 1-10,

    Defendants.

Case No.: 2:15-CV-00144-MCE-EFB

**ORDER**

### ORDER

Pursuant to Plaintiff's representation that a global settlement has been reached in this case, the Court hereby vacates all currently set dates, with the expectation that the parties will file a dismissal with prejudice within sixty (60) days.

**IT IS SO ORDERED.**

**Dated: September 25, 2015**

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT