UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>VINH HAI CHAU, in his individual and representative capacity as Trustee--Chau Family Revocable Trust;<br>HAI CHAU, in her individual and representative capacity as Trustee--Chau Family Revocable Trust;<br>WEN L YANG; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-00144-MCE-EFB<br><br>**ORDER** |

Pursuant to the parties' stipulation (ECF No. 20), this action is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: November 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1